# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **BENJAMIN VIENT,** | ) |
| Plaintiff, | ) |
| v. | ) No.: 1:18-CV-1562 LMB/MSN |
| **GANNETT CO., INC.,** | ) |
| Defendant. | ) |

## GANNETT'S NOTICE OF HEARING ON MOTION TO COMPEL PRO SE PLAINTIFF TO COMPLY WITH HIS DISCOVERY OBLIGATIONS

PLEASE TAKE NOTICE that Defendant, Gannett Co., Inc. ("Gannett"), will bring before this Court its Motion to Compel Plaintiff, Benjamin Vient, to Comply with His Discovery Obligations for hearing on Friday, January 17, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated: January 10, 2020

Respectfully submitted,

/s/
Laurin H. Mills (Va. Bar No. 79848)
Samek, Werther & Mills, LLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
(703) 547-4693
Fax (703) 547-4694
Laurin@samek-law.com

*Attorney for Gannett Co., Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2020, I caused to be served a copy of the foregoing on Plaintiff via the Court's Electronic Case Filing system, by e-mail, and by first-class mail.

>                             */s/*
>                         Laurin H. Mills