UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BENJAMIN VIENT, | |
| Plaintiff, | |
| v. | Civil No. 1:18-cv-1562-LMB-MSN |
| GANNET CO., INC., | |
| Defendant. | |

# **ORDER**

This matter comes before the Court on Defendant's Motion to Compel Pro Se Plaintiff to Comply with his Discovery Obligations (Dkt. No. 99). Having reviewed the Motion, and for the reasons stated from the bench, it is hereby

ORDERED that the Motion is GRANTED. Plaintiff shall submit full and complete responses to Defendant's First Set of Interrogatories, First Set of Requests for Production to Documents, and initial disclosures pursuant to Fed. R. Civ. P. 26(a). Plaintiff shall fully comply with this Order by 12:00 p.m. on January 24, 2020. Failure to comply with this Order may result in sanctions, including the award of Defendant's attorney's fees and costs incurred in preparing its Motion.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

January 17, 2020
Alexandria, Virginia