Case: 1:18: CV1562

US District Court 401 Courthouse Square, Alexandria, VA 22314

Vient, Plaintiff

vs.

Gannett Co., Inc., Defendant



Plaintiff's Notice of Discovery

Pro-se Plaintiff Benjamin Vient submits notice here that on February 9 and 10, 2020, I served upon Defendant Interrogatories and Requests for Production of Documents. These were sent to Defendant's Counsel, Laurin Mills.

Respectfully submitted,

Benjamin Vient, Plaintiff Pro-Se

CERTIFICATE OF MAILING I HEREBY CERTIFY that on 2020, per previous agreement between parties to use designated email addresses, I sent a true and correct copy of the foregoing to Laurin Mills at laurin@samek-law.com.

Benjamin Vient