Case: 1:18: CV1562

US District Court 401 Courthouse Square, Alexandria, VA 22314

Vient, Plaintiff

vs.

Gannett Co., Inc., Defendant

Notice of Hearing

Pro-se Plaintiff Benjamin Vient notices here for a hearing on his Motion to Correct Defendant's Discovery Record, Motion to Compel Evidence, Motion to Amend Complaint, and Motion to Add Documents from October Hearing to Discovery Record, being filed contemporaneously here, for Friday, February 21, 2020 at 10 a.m., or as soon thereafter as may be heard.

Respectfully submitted,

Benjamin Vient, Plaintiff Pro-Se

CERTIFICATE OF MAILING I HEREBY CERTIFY that on 2020, per previous agreement between parties to use designated email addresses, I sent a true and correct copy of the foregoing to Laurin Mills at laurin@samek-law.com.

Benjamin Vient

