Date: 02/28/2020                    Judge: Michael S. Nachmanoff
                                    Reporter: FTR
Start: 9:55am to 10:03am
Finish: 11:25am to 11:49am

Civil Action Number: 1:18cv1562

Benjamin Vient

vs.

Gannett Co., Inc.

Appearances of Counsel for (X) Pltf (X) Deft  *Pro Se*
Motion to/for:

#112 – Plaintiff's Motion to Correct Defendant's Discovery Record – Granted in part/Denied in part
#113 Plaintiff's Motion to Add Documents from October Hearing to Discovery Record – Denied
#114 – Plaintiff's Motion to Amend Complaint – Denied
#115 Plaintiff's Motion to Compel Evidence – Denied

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

Def'ts require to provide documents re: usage w/in 7 days

(X) Order to Follow