IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| BENJAMIN VIENT, | ) |
| Plaintiff, | ) |
| v. | ) No.: 1:18-CV-1562 LMB/MSN |
| GANNETT CO., INC., | ) |
| Defendant. | ) |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON CONSENT MOTION**

Because this is a consent motion, the parties waive oral argument.

Dated: March 6, 2019                    Respectfully submitted,

                                        /s/
                                        Laurin H. Mills (Va. Bar No. 79848)
                                        Samek |Werther | Mills, LLC
                                        2000 Duke Street, Suite 300
                                        Alexandria, VA 22314
                                        (703) 547-4693
                                        Fax (703) 547-4694
                                        Laurin@samek-law.com

                                        *Attorney for Gannett Co., Inc.*

1

## CERTIFICATE OF SERVICE

I certify that on March 6, 2020, I caused to be served a copy of the foregoing on Plaintiff via the Court's Electronic Case Filing system, by e-mail, and by first-class mail.

/s/
Laurin H. Mills
