# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **BENJAMIN VIENT,** | ) |
| Plaintiff, | ) |
| v. | ) No.: 1:18-CV-1562 LMB/MSN |
| **GANNETT CO., INC.,** | ) |
| Defendant. | ) |

## GANNETT'S MOTION TO SEAL MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

Pursuant to Local Rule 5, Defendant Gannett Co., Inc. ("Gannett") submits this Motion to Seal its Memorandum in Support of Motion to Enforce Settlement Agreement, including all exhibits attached thereto.

For the reasons discussed in the Memorandum of Law in support of this Motion, filed contemporaneously and incorporated herein in its entirety, Gannett respectfully requests that the Court grant this Motion; grant the relief requested in the Proposed Order attached hereto; and grant such other relief as may be just and proper.

DATED: March 31, 2020              Respectfully submitted,

                                                            /s/*Laurin H. Mills*
                                        Laurin H. Mills (Va. Bar No. 79848)
                                        Samek | Werther | Mills LLC
                                        2000 Duke Street, Suite 300
                                        Alexandria, VA 22314
                                        703.547.4693
                                        Fax 703.547.4694
                                        laurin@samek-law.com
                                        *Counsel for Gannett Co., Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 31, 2020, I served a copy of the foregoing via e-mail and first-class mail upon:

> Benjamin Vient
> 217 West 18th Street, #238
> New York, NY 10011
> (212) 924-0165
> bvient@outlook.com
> *Pro Se Plaintiff*

                                                        /s/
                                         Laurin H. Mills