# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **BENJAMIN VIENT,** | ) |
| Plaintiff, | ) |
| v. | )  No.: 1:18-CV-1562 LMB/MSN |
| **GANNETT CO., INC.,** | ) |
| Defendant. | ) |

## GANNETT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendant Gannett Co., Inc. ("Gannett") submits this Motion to Enforce Settlement Agreement. For the reasons discussed in the Memorandum of Law in support of this Motion, filed contemporaneously under seal and incorporated herein in its entirety, Gannett respectfully requests that the Court grant this Motion; grant the relief requested in the Proposed Order attached hereto; and grant such other relief as may be just and proper.

DATED: March 31, 2020

Respectfully submitted,

/s/*Laurin H. Mills*
Laurin H. Mills (Va. Bar No. 79848)
Samek | Werther | Mills LLC
2000 Duke Street, Suite 300
Alexandria, VA  22314
703.547.4693
Fax 703.547.4694
laurin@samek-law.com
*Counsel for Gannett Co., Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 31, 2020, I served a copy of the foregoing via e-mail and first-class mail upon:

> Benjamin Vient
> 217 West 18th Street, #238
> New York, NY 10011
> (212) 924-0165
> bvient@outlook.com
> *Pro Se Plaintiff*

_/s/_
Laurin H. Mills
