## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

|  |  |  |
|---|---|---|
| **BENJAMIN VIENT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **No.: 1:18-CV-1562 LMB/MSN** |
| | ) | |
| **GANNETT CO., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendant Gannett Co., Inc. ("Gannett"), pursuant to

Local Rule 7, hereby waives oral argument as to its Motion to Enforce Settlement Agreement,

and submits such Motion to be decided upon the briefs.

DATED:  March 31, 2020

Respectfully submitted,

/s/*Laurin H. Mills*
Laurin H. Mills (Va. Bar No. 79848)
Samek | Werther | Mills LLC
2000 Duke Street, Suite 300
Alexandria, VA  22314
703.547.4693
Fax 703.547.4694
laurin@samek-law.com
*Counsel for Gannett Co., Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 31, 2020, I served a copy of the foregoing via e-mail and first-

class mail upon:

>Benjamin Vient
>217 West 18th Street, #238
>New York, NY 10011
>(212) 924-0165
>bvient@outlook.com
>*Pro Se Plaintiff*

_____/s/_____
Laurin H. Mills